IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RACHEL C.,[1]

      Plaintiff,

      v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

      Defendant.

Case No. 6:23-cv-00530-MC

ORDER

MCSHANE, Judge:

Based upon the Stipulation of the parties, it is ORDERED that attorney fees in the amount of $9,754.13 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has such debt, the check for any remaining funds after offset

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case and any immediate family members of that party.

ORDER – Page 1

shall be made out to Plaintiff and mailed to counsel's address provided above. There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this 7th day of April 2026.

s/ Michael J. McShane
Michael J. McShane
United States District Judge

ORDER – Page 2